1060

[No. 71938-6-I.   Division One.   July 20, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW FORD SMITH, *Appellant*.

*Affirmed* by unpublished opinion per Dwyer, J., concurred in by Spearman, C.J., and Lau, J.

[No. 72011-2-I.   Division One.   July 20, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. AMOS K. GYAU, *Appellant*.

*Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox and Dwyer, JJ.

[No. 72130-5-I.   Division One.   July 20, 2015.]

*In the Matter of the Detention of* M.A.

*Affirmed* by unpublished opinion per Cox, J., concurred in by Schindler and Dwyer, JJ.

[No. 72301-4-I.   Division One.   July 20, 2015.]

AMERICAN EXPRESS BANK, FSB, *Respondent*, v. JERRY HOANG, *Appellant*.

*Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Dwyer and Lau, JJ.